IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BRENT HOLDRIDGE,** | § | |
| Plaintiff, | § § § | |
| v. | § § | |
| **TRICORBRAUN INC.,** | § § | |
| Defendant. | § § § | |
| **TRICORBRAUN INC.,** | § § | |
| Counter & Third Party Plaintiff, | § § | Civil Action No. 4:13-cv-00355-RC-ALM |
| v. | § § § | |
| **BRENT HOLDRIDGE,** | § § | |
| Counter Defendant, | § § § § | |
| **RIEKES PACKAGING CORPORATION,** | § § § § | |
| Third Party Defendant. | § § § | |

## JOINT NOTICE OF SETTLEMENT

The parties hereby jointly notify the Court that they have reached an amicable settlement of all claims in this case. The parties are in the process of drafting a formal written Settlement Agreement for execution and will submit an *Agreed Stipulation of Dismissal with Prejudice* to the Court within thirty (30) days of filing this *Notice*.

Dated:  August 29, 2013.

Respectfully submitted,

/s/ Mark A. Shank
Mark A. Shank
Texas State Bar No. 18090800
mshank@ghjhlaw.com
David F. Winshew
Texas State Bar No. 24052039
dwishnew@ghjhlaw.com
**GRUBER HURST JOHANSEN HAIL SHANK, LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
(214) 855-6800—Telephone
(214) 855-6807—Facsimile

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT BRENT HOLDRIDGE**

/s/ Jerry Rodriguez
Gerard K. Rodriguez, MO #33077
Jerry.rodriguez@huschblackwell.com
Tanya M. Maerz, MO #63987
Tanya.maerz@huschblackwell.com
**HUSCH BLACKWELL, LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500—Telephone
(314) 480-1505—Facsimile

-and-

Monica A. Velazquez
Texas State Bar No. 24036132
Monica.velazquez@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, Texas 75021
(469) 287-3900—Telephone
(469) 287-3999—Facsimile

**ATTORNEYS FOR COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF TRICORBRAUN, INC.**

/s/ Amanda A. Williams
Denise Cotter Villani
Texas Bar No. 20581828
Denise.villani@ogletreedeakins.com
Amanda A. Williams
Texas Bar No. 24065281
Amanda.williams@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX  75225
(214) 987-3800—Telephone
(214) 987-3927—Facsimile

**ATTORNEYS FOR THIRD-PARTY DEFENDANT CARL RIEKES**

15808888.1