IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BRENT HOLDRIDGE,** | § | |
| Plaintiff, | § | |
| v. | § | |
| **TRICORBRAUN INC.,** | § | |
| Defendant. | § | |
| **TRICORBRAUN INC.,** | § | |
| Counter & Third Party Plaintiff, | § | Civil Action No. 4:13-cv-00355-RC-ALM |
| v. | § | |
| **BRENT HOLDRIDGE,** | § | |
| Counter Defendant, | § | |
| **RIEKES PACKAGING CORPORATION,** | § | |
| Third Party Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Brent Holdridge, Defendant/Counter and Third-Party Plaintiff TricorBraun Inc., and Third-Party Defendant Riekes Packaging Corporation file this *Stipulation of Dismissal with Prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties have amicably resolved all claims filed in this action between them. Accordingly, the parties jointly and respectfully move the Court to dismiss Plaintiff Brent Holdridge's claims and

Counter/Third-Party Plaintiff TricorBraun Inc.'s claims filed in this action with prejudice to re-filing same and with costs of suit and attorneys' fees taxed to the party incurring same.

Respectfully submitted,

/s/ David F. Winshew
Mark A. Shank
Texas State Bar No. 18090800
mshank@ghjhlaw.com
David F. Winshew
Texas State Bar No. 24052039
dwishnew@ghjhlaw.com
**GRUBER HURST JOHANSEN HAIL SHANK, LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
(214) 855-6800—Telephone
(214) 855-6807—Facsimile

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT BRENT HOLDRIDGE**

/s/ Tanya M. Maerz
Tanya M. Maerz, MO #63987
Tanya.maerz@huschblackwell.com
**HUSCH BLACKWELL, LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500—Telephone
(314) 480-1505—Facsimile

-and-

Monica A. Velazquez
Texas State Bar No. 24036132
Monica.velazquez@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, Texas 75021
(469) 287-3900—Telephone
(469) 287-3999—Facsimile

**ATTORNEYS FOR COUNTER-PLAINTIFF/THIRD-PARTY PLAINTIFF TRICORBRAUN INC.**

/s/ Amanda A. Williams
Denise Cotter Villani
Texas Bar No. 20581828
Denise.villani@ogletreedeakins.com
Amanda A. Williams
Texas Bar No. 24065281
Amanda.williams@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
(214) 987-3800—Telephone
(214) 987-3927—Facsimile

**ATTORNEYS FOR THIRD-PARTY DEFENDANT RIEKES PACKAGING CORPORATION**