IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BRENT HOLDRIDGE,** | § | |
| Plaintiff, | § | |
| v. | § | |
| **TRICORBRAUN INC.,** | § | |
| Defendant. | § | |
| **TRICORBRAUN INC.,** | § | |
| Counter & Third Party Plaintiff, | § | Civil Action No. 4:13-cv-00355-RC-ALM |
| v. | § | |
| **BRENT HOLDRIDGE,** | § | |
| Counter Defendant, | § | |
| **RIEKES PACKAGING CORPORATION,** | § | |
| Third Party Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT

This matter is before the Court on a *Stipulation of Dismissal with Prejudice* filed by the parties. Having considered the *Stipulation*, the submissions of the parties, and the other papers on file in this case, the Court finds the motion should be, in all things, **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that all claims by Plaintiff Brent Holdridge against Defendant TricorBraun Inc. are, in all things, **DISMISSED WITH PREJUDICE TO REFILING SAME**, and with costs of suit and attorney fees taxed

against the Party incurring same. Plaintiff Brent Holdridge takes nothing by this suit and Defendant TricorBraun Inc. is hereby, in all things, discharged.

**IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED** that all claims by Counter/Third-Party Plaintiff TricorBraun Inc. against Counter-Defendant Brent Holdridge and Third-Party Defendant Riekes Packaging Corporation are, in all things, **DISMISSED WITH PREJUDICE TO REFILING SAME**, and with costs of suit and attorney fees taxed against the Party incurring same. Plaintiff TricorBraun Inc. takes nothing by this suit and Counter-Defendant Brent Holdridge and Third-Party Defendant Riekes Packaging Corporation are hereby, in all things, discharged.

**SO ORDERED** on this _____ day of _____, 2013.

_____
**PRESIDING JUDGE**

**SEEN AND AGREED:**

/s/ David F. Winshew
Mark A. Shank
Texas State Bar No. 18090800
mshank@ghjhlaw.com
David F. Winshew
Texas State Bar No. 24052039
dwishnew@ghjhlaw.com
**GRUBER HURST JOHANSEN HAIL SHANK, LLP**
1445 Ross Avenue, Suite 2500
Dallas, Texas 75202
(214) 855-6800—Telephone
(214) 855-6807—Facsimile

**ATTORNEYS FOR
PLAINTIFF/COUNTER-DEFENDANT
BRENT HOLDRIDGE**

/s/ Tanya M. Maerz
Tanya M. Maerz, MO #63987
Tanya.maerz@huschblackwell.com
**HUSCH BLACKWELL, LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500—Telephone
(314) 480-1505—Facsimile

-and-

Monica A. Velazquez
Texas State Bar No. 24036132
Monica.velazquez@strasburger.com
**STRASBURGER & PRICE, LLP**
2801 Network Boulevard, Suite 600
Frisco, Texas 75021
(469) 287-3900—Telephone
(469) 287-3999—Facsimile

**ATTORNEYS FOR
COUNTER-PLAINTIFF/THIRD-PARTY
PLAINTIFF TRICORBRAUN INC.**


/s/ Amanda A. Williams
Denise Cotter Villani
Texas Bar No. 20581828
Denise.villani@ogletreedeakins.com
Amanda A. Williams
Texas Bar No. 24065281
Amanda.williams@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, TX 75225
(214) 987-3800—Telephone
(214) 987-3927—Facsimile

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT RIEKES PACKAGING CORPORATION**